JAMES BLOCKSIDGE, JR., Appellant, v. EDGAR FRISS, Respondent.— Motion granted, with ten dollars costs, unless the appellant, within two weeks, pays said costs and complies with provisions of rule 234* and procures case on appeal to be settled, in which event motion is denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

MARY F. BRIDE, Respondent, v. LAWRENCE B. JOHNSON, Appellant.— Judgment and order unanimously affirmed, with costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

In the Matter of FREDERICK G. SPENCER, an Attorney and Counselor at Law.— Motion granted, and referee's report confirmed, upon the opinion of Hon. Nathaniel Foote, official referee. Respondent disbarred. Settle order on notice. Present — H. T. Kellogg, Acting P. J., Van Kirk, Hinman and Hasbrouck, JJ.

HELEN E. CASE, an Infant, by GEORGE L. CASE, Her Guardian ad Litem, Respondent, v. A. W. GROVENGER, INC., Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk and Hinman, JJ.; McCann, J., not sitting.

Before STATE INDUSTRIAL BOARD, Respondent. CLINTON A. CHASE and Another, Claimants, Appellants, v. CERTAIN-TEED PRODUCTS CORPORATION and Another, Respondents.— Decision unanimously affirmed, without costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. AXEL DALGAARD, Claimant, Respondent, v. CAMILLUS CUTLERY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

WALLACE D. EYRE, as Trustee in Bankruptcy of the Estate of CLEARFIELD COUNTY COAL COMPANY, INC., Appellant, v. THE RONDOUT NATIONAL BANK, Respondent. (Actions 1 and 2.) — Judgments and order affirmed, with costs. Cochrane, P. J., H. T. Kellogg, Van Kirk and Hinman, JJ., concur; Hasbrouck, J., not voting.

FOWLER-CURTIS Co., INC., Respondent, v. CHARLES STONE DEAN, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: " Does the amended complaint herein state facts sufficient to constitute a cause of action? " Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

FULTON COUNTY GAS AND ELECTRIC COMPANY, Respondent, v. ROCKWOOD MFG. Co., INC., Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Order is corrected by striking out the word " unanimously," and by inserting in said order after the words " and due deliberation having been had " the following: " and all the Justices voting for affirmance except Kiley, J., who was present upon the argument of the appeal but died prior to the decision thereof.' [See 205 App. Div. 787, 791.] Present — Cochrane, P. J., H. T. Kellogg, Hinman, Hasbrouck and McCann, JJ.

---

* Rules of Civil Practice, rule 234.— [REP.